# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2024-3226
_____

CIERRA S. COBB,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____


On appeal from the Circuit Court for Bay County.
Dustin Stephenson, Judge.


February 27, 2025

PER CURIAM.

DISMISSED as untimely.

KELSEY, WINOKUR, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Cierra S. Cobb, pro se, Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.